United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 22-00070-KMS

Yvonne Chinesse Ash     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Mar 11, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

**Recip ID**     **Recipient Name and Address**
db     #+   Yvonne Chinesse Ash, 200 N Hill St, Apt 23E, Meridian, MS 39305-2234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brittan W Robinson | on behalf of Creditor AF Title Co. dba American Financial brobinson@stonehiggsdrexler.com bwilliams@stonehiggsdrexler.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Yvonne Chinesse Ash jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Mar 11, 2026 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Debtor Yvonne Chinesse Ash trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 11, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| YVONNE ASH, Debtor | CASE NO: 22-00070 KMS |

### ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #34), and the Court Orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is hereby granted.

THAT, the Debtor's plan is modified to use funds on hand and/or to be received to pay an increased percentage to timely filed unsecured claims. That said funds shall be paid on a pro rata basis with the Trustee to determine the proper percentage.

THAT, the indebtedness of those creditors not timely filing proofs of claims shall be paid nothing.

THAT, the Debtor's Wage Deduction Order, or Order to Pay Trustee shall remain unaltered and be honored until the Debtor has completed payments under the confirmed plan.

##END OF ORDER##

SUBMITTED BY:

/s/ David Rawlings
David Rawlings,
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
Phone: 601 582-5011  Fax: 601 584-9451
ecfnotices@rawlings13.net